**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY, INC** | **CIVIL ACTION NO. 3:07-222** |
| | **SECTION C (JUDGE TYSON)** |
| **VERSUS** | |
| | **MAGISTRATE 1 (RIEDLINGER)** |
| **EVELYN JACKSON WILKES And QUEEN ESTER WILKES HINKLE** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPLEADED DEFENDANT'S ANSWER**

NOW INTO COURT, through undersigned counsel, comes Defendant Evelyn Jackson

Wilkes ("Ms. Wilkes"), who responds to the petition of American General Life Insurance Company

as follows:

I.

Defendant Ms. Wilkes admits paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 14, 16, 17, 19 and

20.

II.

Answering paragraph 9 of the complaint, this defendant says that there is nothing in the

record to indicate numerous changes in the beneficiaries of the policies in question, thus she only

admits to the changes entered into the record.

III.

Answering paragraph 13 of the complaint, this defendant says that she is the only person

entitled to the sums of money set out in this paragraph as the net proceeds of the Policies.

IV.

Answering paragraph 15 of the complaint, this defendant admits only that her prior counsel

withdrew his representation.

### VI.

Answering paragraph 18 of the complaint, this defendant says that AG Life must prove further that they could be exposed to multiple liability on claims from the policies in question.

### VI.

Defendant denies that plaintiff AG Life is entitled to any reimbursement for expenses or legal fees as set out in paragraph 21 of the amended complaint.

WHEREFORE defendant Evelyn Jackson Wilkes prays for judgment in her favor in the amount of $200,822.00 dollars now on deposit with the clerk of this court.

Respectfully submitted,

**MODICA & DOWDEN**
**Attorneys at Law (LC)**

s/Ric Reulet, Jr.
Bar Roll No. 30687
12812 Coursey Boulevard
Baton Rouge, LA 70816-4598
Telephone: (225) 752-1800
Telecopier (225) 752-3391
**Attorney for Evelyn Jackson Wilkes**