UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY, INC** | **CIVIL ACTION NO. 3:07-222** |
| **VERSUS** | **SECTION C (JUDGE TYSON)** |
| **EVELYN JACKSON WILKES And QUEEN ESTER WILKES HINKLE** | **MAGISTRATE 1 (RIEDLINGER)** |

*************************************************************************

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

**Before me**, the undersigned notary public, duly commissioned and qualified in and for the parish and state aforesaid, personally came and appeared

**Evelyn Jackson Wilkes**,

who, after first duly sworn by me, deposed and said that:

She is a defendant in the above referenced interpleader action;

She married John Henry Wilkes on March 11, 2006;

On March 7, 2006, she witnessed John Henry Wilkes sign an American General Life Insurance Company "Change of Beneficiary" form naming her the primary beneficiary for policy no. X9019202, a copy of which is attached as Exhibit 4 to AG Life's Complaint in Interpleader;

On March 29, 2006, she witnessed John Henry Wilkes sign an American General Life Insurance Company "Change of Beneficiary" form naming her the primary

beneficiary of policy no. X9011409, a copy of which is attached as Exhibit 5 to AG Life's Complaint in Interpleader;

John Henry Wilkes died of natural causes on December 9, 2006; and,

She completed a claimant statement asserting her rights to the proceeds of American General Life Insurance Company policy numbers X9019202 and X9011409 on December 13, 2006.

_____
Evelyn Jackson Wilkes

Sworn to and subscribed before me, this 9th day of August, 2007.

_____
ANITA WALKER #51877
_____, Notary Public
La. Notary No. ANITA WALKER #51877