UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY, INC** | **CIVIL ACTION NO. 3:07-222** |
| | **SECTION C (JUDGE TYSON)** |
| **VERSUS** | |
| | **MAGISTRATE 1 (RIEDLINGER)** |
| **EVELYN JACKSON WILKES And QUEEN ESTER WILKES HINKLE** | |

*************************************************************************

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant in Interpleader Evelyn Jackson Wilkes, submits the following statement of undisputed facts in accordance with Local Rule 56.1 in support of its motion for summary judgment against Defendant in Interpleader Hinkle. It is undisputed that:

1. On April 10, 2002, American General Life Insurance Company ("AG Life") issued life insurance policy number X9011409 ("First Policy") to and insuring the life of John Henry Wilkes ("Insured") in the amount of $100,000.00.

2. On November 17, 2003, AG Life issued life insurance policy number X9019202 ("Second Policy") to the Insured, insuring his life in the amount of $100,000.00.

3. On March 20, 2006, at the request of the Insured, the beneficiary designation of the Second Policy was changed, naming Defendant Ms. Wilkes as the primary and sole irrevocable beneficiary of the policy.

4. On April 3, 2006, at the request of the Insured, the beneficiary designation of the First Policy was changed, naming Defendant Ms. Wilkes as the primary and sole irrevocable beneficiary of the policy.

5. The Insured died on December 9, 2006.

6.   On or about December 13, 2006, Defendant Ms. Wilkes, the named primary beneficiary of the First Policy and the Second Policy, asserted her right to the proceeds of both policies by submitting a proof of claim.

7.   Defendant Ms. Wilkes executed an Assignment of Benefits with respect to Policy No. X9019202 in the amount of $2,959.80 in favor of Winnfield Funeral Home after the death of her husband. The Assignment of Benefits was subsequently reassigned to Defendant Ford Acceptance Corporation.

Respectfully submitted,

**MODICA & DOWDEN**
**Attorneys at Law (LC)**

s/Ric Reulet, Jr.
Bar Roll No. 30687
12812 Coursey Boulevard
Baton Rouge, LA 70816-4598
Telephone: (225) 752-1800
Telecopier (225) 752-3391
**Attorney for Evelyn Jackson Wilkes**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, has been served either electronically, pursuant to Court procedure, or by First Class United States Mail, postage pre-paid, to the following counsel of record:

Covert Geary
cgeary@joneswalker.com

Ford Acceptance Corporation
c/o Philip Mandell
39 South Lasalle Street, Suite 1220
Chicago, IL 60603

Queen Ester Hinkle
P.O. Box 18055
West Palm Beach, FL 33416-8055

Baton Rouge, Louisiana, this 14th day of August, 2007.

s/Ric Reulet, Jr.