UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICA GENERAL LIFE INSURANCE COMPANY, INC. | CIVIL ACTION NO. 3:07-222 |
| V. | SECTION C (JUDGE TYSON) |
| EVELYN JACKSON WILKES and QUEEN ESTER HINKLE | MAGISTRATE 1 (RIEDLINGER) |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND AFFIDAVIT IN REPLY TO OPPOSITION MEMORANDUM OF QUEEN ESTER HINKLE**

NOW INTO COURT, through undersigned counsel, comes defendant, EVELYN JACKSON WILKES, and moves this Court for leave to file a reply memorandum and affidavit to address the Opposition Memorandum and affidavit filed by Queen Ester Hinkle in response to the Motion for Summmary Judgment filed by Evelyn Jackson Wilkes.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS
  & BURNS
2141 Quail Run Drive (70808)
P. O. Box 83260
Baton Rouge, LA  70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


s/Daniel R. Atkinson, Jr., #18103
Daniel R. Atkinson, Jr.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served upon counsel for Queen Ester Wilkes Hinkle and on American General Life Insurance Company by e-filing:

| | |
|---|---|
| Mr. Covert J. Geary | Mr. John N. Samaha |
| Jones, Walker | 820 North Street |
| 201 St. Charles Avenue, 49th Floor | Baton Rouge LA 70802 |
| New Orleans, LA 70170 | |

Baton Rouge, Louisiana, this 20th day of September, 2007.

                                        s/Daniel R. Atkinson, Jr., #18103
                                        Daniel R. Atkinson, Jr.