UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICA GENERAL LIFE INSURANCE COMPANY, INC. | CIVIL ACTION NO. 3:07-222 |
| V. | SECTION C (JUDGE TYSON) |
| EVELYN JACKSON WILKES and QUEEN ESTER HINKLE | MAGISTRATE 1 (RIEDLINGER) |

**MOTION FOR EXTENSION OF TIME TO**
**FILE OPPOSITION MEMORANDUM**

NOW INTO COURT, through undersigned counsel, comes defendant-interpleader, EVELYN JACKSON WILKES, who hereby moves for an Order granting an extension for Evelyn Jackson Wilkes to file an opposition to the Motion for Summary Judgment filed on behalf of American General Life Insurance Company to November 7, 2007, due to an unexpected illness and treatment incurred by counsel for Evelyn Jackson Wilkes as more fully set forth in the supporting memorandum.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS
 & BURNS
2141 Quail Run Drive (70808)
P. O. Box 83260
Baton Rouge, LA  70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


s/Daniel R. Atkinson, Jr., #18103
Daniel R. Atkinson, Jr.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served upon counsel for Queen Ester Wilkes Hinkle and on American General Life Insurance Company by e-filing:

| | |
|---|---|
| Mr. Covert J. Geary<br>Jones, Walker<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, LA 70170 | Mr. John N. Samaha<br>820 North Street<br>Baton Rouge LA 70802 |

Baton Rouge, Louisiana, this 22nd day of October, 2007.

                                                  s/Daniel R. Atkinson, Jr., #18103
                                                Daniel R. Atkinson, Jr.