UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICA GENERAL LIFE INSURANCE COMPANY, INC. | CIVIL ACTION NO. 3:07-222 |
| V. | SECTION C (JUDGE TYSON) |
| EVELYN JACKSON WILKES and QUEEN ESTER HINKLE | MAGISTRATE 1 (RIEDLINGER) |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION MEMORANDUM TO AMERICAN GENERAL LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

American General Life Insurance Company, Inc. has filed a Motion for Summary Judgment in this matter seeking a dismissal from the suit on the basis that it allegedly has no further liability other than the funds it has deposited in support of this interpleader action. Undersigned counsel enrolled on behalf of defendant, Evelyn Jackson Wilkes, and had filed a Motion for Leave to File Counterclaim against American General Life Insurance Company, Inc. which this Court recently granted and THE Counterclaim has indeed been filed. For the reasons set forth in the Court's Order, there certainly are issues of fact that would have to be determined which would involve credibility issues as to whether the plaintiff waived her right to assert a claim against American General Life Insurance Company, Inc. for penalties, damages and attorneys fees in failing to make timely payment of the life insurance proceeds at issue.

Undersigned counsel developed an unexpected illness that began approximately 2-1/2 weeks ago. Counsel was seen by his general practitioner for extreme pain and swelling in his right arm and was sent to Dr. Brian Griffith, an orthopaedist, who determined that counsel had a

drug resistant staph infection in the right arm.  Undersigned counsel was put on Vancomycin infusions which limited his ability to work substantially.  The Vancomycin infusions were not succeeding after six days and counsel was sent to Dr. Azmeh, an infectious disease and control doctor in Baton Rouge who determined the infection was being caused by a different strain of bacteria and changed the antibiotics.  Counsel was put on Zyvox beginning on October 9, 2007 and is still taking the antibiotic and will see Dr. Azmeh on October 23, 2007.  The present antibiotic allows counsel to work but does limit his ability to work long hours as the medication does cause drowsiness and other side effects.

Consequently, undersigned counsel would ask that the Court grant him until November 7, 2007 to file a formal opposition memorandum and, if necessary, Affidavits to the Motion for Summary Judgment filed by American General Life Insurance Company, Inc.

    Respectfully Submitted:

    PERRY, ATKINSON, BALHOFF, MENGIS
      & BURNS
    2141 Quail Run Drive (70808)
    P. O. Box 83260
    Baton Rouge, LA  70884-3260
    Telephone: (225) 767-7730
    Facsimile: (225) 767-7967

    s/Daniel R. Atkinson, Jr., #18103
    Daniel R. Atkinson, Jr.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing pleading has been served upon counsel for Queen Ester Wilkes Hinkle and on American General Life Insurance Company by e-filing:

| | |
|---|---|
| Mr. Covert J. Geary | Mr. John N. Samaha |
| Jones, Walker | 820 North Street |
| 201 St. Charles Avenue, 49th Floor | Baton Rouge LA 70802 |
| New Orleans, LA 70170 | |

Baton Rouge, Louisiana, this 22nd day of October, 2007.

                                          s/Daniel R. Atkinson, Jr., #18103
                                          Daniel R. Atkinson, Jr.