UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


AMERICAN GENERAL LIFE
INSURANCE COMPANY, INC.                 CIVIL ACTION

VERSUS                                  NUMBER 07-222-RET-SCR

EVELYN JACKSON WILKES, ET AL


**RULING ON MOTION FOR EXTENSION OF TIME**

Before the court is the Motion for Extension of Time to File Opposition Memorandum filed by defendant/claimant Evelyn Jackson Wilkes.  Record document number 49.  The motion is opposed by the plaintiff.[1]

Defendant/claimant Evelyn Jackson Wilkes filed this motion seeking additional time to file an opposition to the plaintiff's motion for summary judgment.  Defendant filed its motion on September 10,2007.[2]  Opposition to the motion was due to be filed by October 3.[3]  When the motion was filed defendant/claimant Evelyn Jackson Wilkes was not represented by counsel.  Counsel enrolled to represent her on September 14.[4]  Two weeks later, on September 28, counsel for defendant/claimant Wilkes filed a motion for leave to

_____

[1] Record document number 51.

[2] Record document number 30.

[3] Local Rule 7.5M provides a period of 20 days to file a response to a motion.  Rule 6(e), Fed.R.Civ.P., adds three days.

[4] Record document numbers 34 and 35.

file a counterclaim against the plaintiff, along with a supporting memorandum and a proposed counterclaim.  On the same date counsel for defendant/claimant Wilkes filed a motion to strike the opposition to her motion for summary judgment which had been filed by defendant/claimant Queen Ester Hinkle, along with a supporting memorandum.[5]  On that same date counsel for defendant/claimant Wilkes filed a motion for leave to file a reply to the opposition memorandum filed by defendant/claimant Hinkle, along with the proposed reply.[6]  Defendant/claimant Wilkes now seeks an extension of time until November 7 to file her opposition to the plaintiff's motion for summary judgment.

Plaintiff opposed the motion, arguing that the time for defendant/claimant Wilkes to file her opposition expired before she sought an extension,[7] and noting that counsel was able to file other motions and supporting memoranda at about the same time as her opposition to its motion was due.

Because the time to file her opposition had already expired when this motion was filed, to obtain an extension of time defendant/claimant Wilkes is required to show that "the failure to

---

[5] Record document numbers 38 and 39

[6] Record document numbers 40 and 45.

[7] Plaintiff relied on Local Rule 7.4.1.  However, Local Rule 7.4.1M does not specifically address when a motion for an extension of time becomes untimely.  Rather, it addresses when a supporting memorandum is required.

act was the result of excusable neglect." Rule 6(b), Fed.R.Civ.P. Defendant/claimant Wilkes has not shown excusable neglect for failing to timely file an opposition to the plaintiff's summary judgment motion. Counsel's medical condition did not prevent him from filing various other motions and memoranda just a few days before the deadline to file an opposition to the plaintiff's motion. Although when the opposition to the plaintiff's motion was due the court had not yet ruled on her motion for leave to file a counterclaim, noting prevented her from filing an opposition premised on the court either granting or denying her leave.

Accordingly, the Motion for Extension of Time to File Opposition Memorandum filed by defendant/claimant Evelyn Jackson Wilkes is denied.

Baton Rouge, Louisiana, October 24, 2007.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE