| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY | CIVIL ACTION NO. 3:07-222 |
| VERSUS | SECTION C (JUDGE TYSON) |
| EVELYN JACKSON WILKES and QUEEN ESTER WILKES HINKLE | MAGISTRATE 1 (RIEDLINGER) |

## CONTESTED ISSUES OF FACT

1. Was fraud or fraudulent practices present in this matter?

2. Was "undue influence" present in this matter?

3. If fraud or fraudulent practices or "undue influence" were present, did John Henry Wilkes have the capacity to contract at the time of the execution of the change in beneficiary forms?

4. ~~5.~~ Notwithstanding one (1), two (2), and three (3) above, did John Henry Wilkes consent to the contract at issue, or was consent vitiated by error or fraud?

5. ~~6.~~ Subject to the above, Defendant Hinkle responds to the statement of undisputed facts filed by Defendant Wilkes as follows:

    a. Defendant admits the statements numbered one, two, three, four, five, and six. Defendant Hinkle is without knowledge or information sufficient to justify a belief as to the truth of the allegations contained in number 7.

However, notwithstanding the above admissions, summary judgment is not appropriate in light of the disputed issues of fact listed above, and numbered as one thru ~~three~~ four.

BY ATTORNEY:

John T. Samaha
John T. Samaha #11676
820 North St.
Baton Rouge, La. 70802
(225) 336-4052

20