| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY | : | CIVIL ACTION NO. 3:07-222 |
| VERSUS | : | SECTION C( JUDGE TYSON) |
| EVELYN JACKSON WILKES and QUEEN ESTER WILKES HINKLE | : | MAGISTRATE 1 (RIEDLINGER) |

## SECOND MOTION TO FILE AMENDED ANSWER TO COMPLAINT IN INTERPLEADER

NOW INTO COURT, through undersigned counsel, comes Queen Ester Wilkes Hinkle (Hinkle), who respectfully requests leave of Court to file the attached amended answer, for the reasons noted below:

1.

At the time Hinkle filed her original answer in this matter, she was unrepresented. Consequently, a narrative statement, in letter form, written by Hinkle, has been construed by the Court to be her answer.

2.

However, in anticipation of a hearing of a motion for summary judgment which has been filed in this matter, and in light of the fact that pleadings are to be considered in connection with motions for summary judgment, the Court's order of November 5, 2007, not foreclosing to Hinkle the opportunity to carry her burden, out of an abundance of caution, Hinkle desires to amend her answer so as to put it in proper form, with the assistance of counsel which she now has, and to properly assert the defenses and positions that are available to her.

3.

3.

Leave of court is required to file an amended answer because it has been more than twenty (20) days since the original answer was filed and served; however, pursuant to Rule 15 FRCP, consent should be freely given.

WHEREFORE, Mover prays for leave of Court to file the attached amended answer.

BY ATTORNEY:

*John N. Samaha* (signature)

John N. Samaha
820 North Street
Baton Rouge, LA 70802
Telephone (225) 336-4052
Facsimile (225) 336-4055

| | | |
|---|---|---|
| AMERICAN GENERAL<br>LIFE INSURANCE COMPANY | : | CIVIL ACTION NO. 3:07-222 |
| VERSUS | : | SECTION C( JUDGE TYSON) |
| EVELYN JACKSON WILKES and<br>QUEEN ESTER WILKES HINKLE | : | MAGISTRATE 1 (RIEDLINGER) |

## ORDER

THE FOREGOING AMENDED ANSWER AND THE LAW BEING CONSIDERED,

IT IS ORDERED that leave of Court is granted for the filing of the foregoing amended answer.

Baton Rouge, Louisiana, this _____ day of _____, 2008.

JUDGE, U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN GENERAL<br>LIFE INSURANCE COMPANY | : | CIVIL ACTION NO. 3:07-222 |
| VERSUS | : | SECTION C( JUDGE TYSON) |
| EVELYN JACKSON WILKES and<br>QUEEN ESTER WILKES HINKLE | : | MAGISTRATE 1 (RIEDLINGER) |

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing motion to file amended answer has been served on all parties to this proceeding either electronically, pursuant to Court procedure, or by U.S. Mail, postage prepaid, to the following:

> Covert Geary
> cgeary@joneswalker.com
>
> Ford Acceptance Corporation
> c/o Phillip Mandell
> 39 South Lasalle Street, Suite 1220
> Chicago, IL 60603
>
> Daniel R. Atkinson, Jr.
> Atkinson@pabmb.com

Baton Rouge, Louisiana, this 13th day of January, 2008.

_____
John N. Samaha

Hinkle(q)-mot1221