UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMERICAN GENERAL LIFE
INSURANCE COMPANY, INC.                CIVIL ACTION

VERSUS                                 NUMBER 07-222-RET-SCR

EVELYN JACKSON WILKES, ET AL

### RULING ON MOTION TO STRIKE AFFIDAVITS

Before the court is the Motion to Strike Affidavits filed by defendant Evelyn Jackson Wilkes. Record document number 75.

Defendant Wilkes seeks to have stricken from the record three affidavits filed by defendant Queen Ester Hinkle with her opposition to the motion for summary judgment filed by defendant Wilkes.

The basis for seeking to strike these affidavits is that they contain no facts relevant to the issues involved in defendant Wilkes' motion for summary judgment. One challenged affidavit is from Gwendolyn Starwood, another is from George K. Francis, Jr., and the third is from Louise Wilkes.[1] Although defendant Wilkes mentioned in one sentence of her memorandum that defendant Hinkle did not amend her initial disclosures to identify the affiants and thereby give notice that they might be witnesses, defendant Wilkes did not ask to strike the affidavits as a sanction under Rule 37,

---

[1] The affidavits are attached to defendant Hinkle's opposition memorandum. Record document number 72. The challenged affidavits are exhibits A, B and C, respectively.

Fed.R.Civ.P.

The summary judgment standard is well known and does not need to be repeated here. In these circumstances, the court will simply not consider any affidavit which does not comply with Rule 56, Fed.R.Civ.P. Nor will the court need consider any information which is not relevant to a genuinely disputed issue of material fact. The affidavits will remain in the record for possible consideration by the district judge in the event any party objects to the magistrate judges's report and recommendation on defendant Wilkes' summary judgment motion.

Accordingly, the Motion to Strike Affidavits filed by defendant Evelyn Jackson Wilkes is denied.

Baton Rouge, Louisiana, January 14, 2008.

                                       *Stephen C. Riedlinger*
                                       STEPHEN C. RIEDLINGER
                                       UNITED STATES MAGISTRATE JUDGE