UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMERICAN GENERAL LIFE
INSURANCE COMPANY, INC.

VERSUS

EVELYN JACKSON WILKES, ET AL

CIVIL ACTION

NO. 07-222-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 28, 2008. Defendant, Queen Ester Wilkes Hinkle, has filed an objection which defendant, Evelyn Jackson Wilkes, has responded to.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by defendant Evelyn Jackson Wilkes will be granted.

Baton Rouge, Louisiana, March 3/, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA