UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST ...

2008 APR 16  AM 9: 48

IGN_____
BY DEPUTY CLERK

AMERICA GENERAL LIFE INSURANCE
COMPANY, INC.

CIVIL ACTION NO. 3:07-222

V.

SECTION C (JUDGE TYSON)

EVELYN JACKSON WILKES and
QUEEN ESTER HINKLE

MAGISTRATE 1 (RIEDLINGER)

## ORDER

The court having considered the Motion for Order to Release Funds filed on behalf of the

defendant, Evelyn Jackson Wilkes, and the court finding the judgment entered on March 31, 2008 is

a final judgment disposing of all claims;

IT IS HERBY ORDERED that the clerk is authorized and directed to draw a check on the

funds on deposit in the registry of this court in the principal amount of $200,822.00, plus all interest

earned less the assessment fee for the administration of funds, payable to Evelyn Jackson Wilkes

(SS# ████-1832) and her attorney Daniel R. Atkinson, Jr. (TAX ID # 72-1310179) and mail or

deliver the check to Daniel R. Atkinson, Jr. at 2141 Quail Run Drive, Baton Rouge, Louisiana,

70808.

Signed the 15 day of April, 2008 in Baton Rouge, Louisiana.

HONORABLE RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA